MICHAEL B. O'MALLEY v.
DIVISION OF TAXATION OF THE STATE OF NEW JERSEY.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM WHITE.

February 26, 1974. Petition for certification denied.

ELIJAH REDDING v.
BURLINGTON COUNTY WELFARE BOARD.

February 26, 1974. Petition for certification granted. (See
126 *N. J. Super.* 152)

STATE OF NEW JERSEY v. LEROY PLOWDEN.

February 26, 1974. Petition for certification denied. (See
126 *N. J. Super.* 228)

ANNETTE C. ZAMBELLI v. VICTOR F. ZAMBELLI.

February 26, 1974. Petition for certification denied.